# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157674 & (20)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 157674
                                 COA: 342618

TROY ALLEN HITE,
                                 Berrien CC: 1996-004163-FC
      Defendant-Appellant.

_____/

      On order of the Court, the motion to amend the application for leave to appeal is GRANTED. The application for leave to appeal the April 18, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



s1216
                                        Clerk